**Leonard Christopher JOHNSON, Petitioner—Appellant,**

v.

**UNITED STATES of America, Respondent—Appellee.**

No. 07–7009.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 17, 2007.

Decided: Nov. 15, 2007.

Leonard Christopher Johnson, Appellant Pro Se.

Before MICHAEL, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leonard Christopher Johnson, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Johnson v. United States*, No. 7:07–cv00316–gec, 2007 WL 1874195 (W.D.Va. June 27, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*